

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-18-00182-CV

JENNY WILLIAMS                                                              APPELLANT

V.

MVT PROPERTIES, LLC                                                        APPELLEE

-----------

### FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 096-291182-17

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Rule 42.1 Settlement Agreement Concerning Appeal." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's order without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  PITTMAN, J.; SUDDERTH, C.J.; and BIRDWELL, J.

DELIVERED:  August 2, 2018